UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE TENZER-FUCHS, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE PROCTOR & GAMBLE COMPANY,<br><br>Defendant. | Case No. 2:20-cv- 5384<br><br>STIPULATION OF DISMISSAL <u>WITH PREJUDICE</u> |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michelle Tenzer-Fuchs ("Plaintiff") and Defendant THE PROCTOR & GAMBLE COMPANY ("Defendant"), by and through Plaintiff's undersigned counsel and Defendant's undersigned counsel, hereby stipulate and agree that this action shall be dismissed with prejudice. Each party shall bear its own costs, expenses, and attorney's fees.

Dated: New York, New York
       May 28, 2021

                                          **SHALOM LAW, PLLC**

SO ORDERED

Dated: **6/24/2021**
Brooklyn, NY

S/Roslynn R. Mauskopf
_____
Roslynn R. Mauskopf, USDJ

                                        By: /s/ Jonathan Shalom
                                           Jonathan Shalom
                                           105-13 Metropolitan Avenue
                                           Forest Hills, NY 11375
                                           Telephone: (718) 971-9474
                                           *Attorneys for Plaintiff*
                                           *Michelle Tenzer-Fuchs*
                                         **JACKSON LEWIS P.C.**

                                        By: _____
                                          Rebecca M. McCloskey
                                          44 South Broadway, 14th Floor
                                          White Plains, New York 10601
                                          Telephone: (914) 872-6893
                                          *Attorneys for Defendant*
                                          *The Proctor and Gamble Company*